NUMBER 13-06-520-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


___________________________________________________________________


BARBARA APODACA, Appellant,


v.



REALLY CLOSE TO THE ISLAND D/B/A 

BUDGET HOST INN MOTEL, Appellee.

___________________________________________________________________


On appeal from the 357th District Court


of Cameron County, Texas.


___________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, BARBARA APODACA, perfected an appeal from a judgment entered
by the 357th District Court of Cameron County, Texas, in cause number 2001-09-4097-E. After the record was filed, the parties filed an agreed motion to dismiss the
appeal. The parties request that this Court dismiss the appeal and that costs be taxed
to the party incurring same.

 The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The agreed
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 22nd day of March, 2007.